

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-30-2009

# Meadows v. Anchor Longwall

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2580

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Meadows v. Anchor Longwall" (2009). *2009 Decisions.* Paper 1968.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1968

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 07-2580

———————

DONALD E. MEADOWS, JR.;
AMANDA MEADOWS, husband and wife

v.

ANCHOR LONGWALL AND REBUILD, INC.,
a West Virginia corporation

v.

LEWIS-GOETZ CO. INC., successor-in-interest
of Gooding & Shields Rubber Co.;
SYSTEM STECKO, a Division of Dayco Europe, Ltd.

Third Party Defendants

Donald E. Meadows, Jr.,
Amanda Meadows,
Appellants

———————

On Appeal from the United States District Court
For the Western District of Pennsylvania
(D.C. Civil No. 02-cv-02062)
Magistrate Judge: The Honorable Amy Reynolds Hay

———————

Argued December 2, 2008

Before: AMBRO and GREENBERG, Circuit Judges,
and O'NEILL,[*] District Judge

## ORDER AMENDING OPINION

At the direction of the Court, the opinion January 13, 2009 is amended to designate Magistrate Judge Amy Reynolds Hay as the sole trial court judge. An amended judgment shall also be issued. As the correction to the opinion and judgment are not substantive in nature, the amendment does not effect the time frame for filing a petition for rehearing or issuance of the mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: January 30, 2009

---

[*]The Honorable Thomas N. O'Neill, Jr., United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

2